UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA

v.

STEVEN LERMA, III

Case No. 3:25-CR-1-CCB-SJF

**ORDER**

The Court has reviewed the findings and recommendation of Magistrate Judge Scott J. Frankel filed July 29, 2025. (ECF 20). Defendant Steven Lerma, III pleaded guilty to Count 1 of the Indictment charging him with being a felon in possession of ammunition in violation of 18 U.S.C. § 922(g)(1). No party objected, and the time to object has passed. The Court now adopts the findings and recommendation in their entirety. The plea of guilty to Count 1 as charged in the Indictment is hereby accepted, and the defendant is adjudged guilty of this offense.

Any objections a party submits to the probation officer in response to the draft Presentence Report must specifically identify the basis of the objection and any supporting authority. Should the Addendum to the final Presentence Report reflect any outstanding objections by a party, that party must specifically state in its sentencing memorandum whether it maintains that objection. If so, the party must identify the basis and authority for its objection and, where applicable, any evidence the party expects to offer in support of that objection. The party should also state if, consistent with Rule 32(i)(3)(B), it does not believe a ruling on that objection will be necessary.

SO ORDERED on August 15, 2025.

          */s/ Cristal C. Brisco*
          CRISTAL C. BRISCO, JUDGE
          UNITED STATES DISTRICT COURT